AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

JESUS E. ESPINOZA,

     Plaintiff,         JUDGMENT IN A CIVIL CASE
V.

                       CASE NUMBER: **3:06-cv-000542-HDM-VPC**

E.K. McDANIEL, et al.,

     Defendants.

\_\_\_     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_     **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**     **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that Defendants' Motion for Summary Judgment (Document #36) is GRANTED and this action is dismissed in favor of the Defendants and against the Plaintiff.

  June 3, 2008                                   **LANCE S. WILSON**
                                                             Clerk

                                                            /s/ Katie Lynn Ogden
                                                              Deputy Clerk